## JULY 22, 1801.

# Wm. Morrow *et al. v.* The Commonwealth.

*Upon a writ of error to reverse a judgment of the General Court.*

A judgment against a sheriff and his sureties can not be sustained as to any of them where the notice is, as to the sheriff, insufficient.

Reading *v.* Watkins.

The notice to the sheriff (Morrow) being acknowledged insufficient, and the court thinking it improper to sever the judgment against the sheriff and his securities, is therefore of opinion that the judgment be reversed *in toto,* which is ordered to be certified to the said court.